

http://deltapettransit.com/   9/18/2017  10:12 a.m.   (Part 1 of Home Page)

# EXHIBIT A – PAGE 1

# GET IT THERE FASTER WITH DELTA DASH.
## SAME DAY EXPRESS SHIPPING, GUARANTEED SPACE AND PERKS.

**DASH®**

**DOMESTIC CLASS PETS EXPRESS SERVICE**

When you need things in a hurry, there's DASH – Delta Pets's premium classic domestic service. With the highest boarding priority and fastest transit times of any Delta Pets product, you can rest assured you're getting the best service we offer. And it's available throughout the United States, Puerto Rico and the U.S. Virgin Islands on all Delta mainline flights, as well as our Delta Connection® network.*

GET A QUOTE →

## WHY CHOOSE PET DELTA PETS TRANSIT?






**USA requiring microchips for pet import.**

The Thai Department of Livestock development is now requiring implanted microchips or ID tattoos for all dogs, cats and rabbits coming into, from or transiting US effective February 7, 2017.

**Pet Moving Made Easy**

You take your furry friend to the pet store so she can pick her own toys. Let Air Animal Pet Movers® make your upcoming move as easy as that trip to the pet play store. Air Animal is a rare find – we're veterinarian and family-owned and our pet moving experts are pet owners. We know you want only the best for your best friends.

**International Travel**

We also specialise in helping with overseas pet transportation. Each and every dog or a cat brought into Australia will require a permit. These permits are issued from the Department of Agriculture, Fisheries and Food.

**Domestic Transport**

You can feel safe in the knowledge that we will only ever use the most direct routesYou can feel safe in the knowledge that we will only ever use the most direct routes. This way your loved one will be delivered back safe to you with the minimum of fuss.

## Pet Travel Insurance



Clarence Ellis
CEO

HUNTER

> Coverage: Covers the expenses directly resulting from loss, theft and damage or death of the animal caused by external circumstances from the moment of delivery by the shipper (max 6. Hours prior to transport covered by the insurance) to the shipping agent or the airline till the moment of acceptance counter of the airline or its handling agent. This insurance does not cover damage or death caused by the animal/s itself or death due to natural causes.

http://deltapettransit.com/  9/18/2017  10:12 a.m.   (Part 2 of Home Page)

**EXHIBIT A – PAGE 2**



Weights and prices

| Standard | Premium | Express | Express plus |
|----------|---------|---------|--------------|
| 4.95$ | 10$ | 16$ | 20$ |
| 7 to 10 business days | 3 business days | 3 business days | 1 business days |

We calculate our rates per shipment, based on total weights minimum of one pound.



**Contact Us**

**(554) 616 9926**
info@deltapettransit.com

384 Maple Circle
Simi Valley Nevada, 24757

**Useful Links**

> About us
> Track Pet
> Contact
> Move pet by air

> Schedules
> Projects
> Partners
> Cargo

**Stay in Touch**

Enter your email address to receive news & offers from us

Your email address    Send ›

http://deltapettransit.com/   9/18/2017  10:12 a.m.   (Part 3 of Home Page)

EXHIBIT A – PAGE 3



1-800-987-654   info@deltapettransit.com   DELTA PETS

≡   HOME   ABOUT   SERVICES ▾   PET TRANSPORTATION ▾   CONTACT   TRACK PET

# ABOUT US

Home / About us



## HISTORY OF DELTA PET TRANSIT

Holisticly monetize empowered processes after leveraged resources. Phosfluorescently impact enterprise-wide platforms after future-proof niche markets.

Today, Delta Air Lines is one of the world's largest airlines, transporting 180 million customers to more than 330 destinations in 61 countries around the world and carrying more than 2.2 billion cargo ton-miles each year. However, when the airline was founded in 1924 in Macon, GA, its fleet of 18 planes was solely a crop-dusting operation. The airline quickly grew.

In 1934, when it received the Air Mail Route 24 from the United States Post Office, Delta Air Lines expanded services to include mail transportation. By 1946, it was a full-service passenger airline and had also started offering regularly scheduled cargo services. Throughout the next two decades, Delta continued to extend its reach by expanding internationally to offer service to the Caribbean and South America. The cargo operation continued to flourish as well.

In 1975, Delta became the first airline to offer its own air express service called Delta Air Express, which offered high priority, guaranteed cargo service. Delta continued to grow as a global carrier, beginning service to Europe in 1978 and Asia in 1988. This enabled the company to forge the first international cargo alliance with SwissCargo in 1998, followed by the SkyTeam alliance with partners AeroMexico, Air France and Korean Air two years later.

Delta acquired Northwest Airlines in 2008, creating a global airline with major operations in every region of the world. This global footprint has helped Delta continue its success. In 2014, the company generated over $40 billion in revenue, with Delta Cargo revenue of $934 million.

## International Travel - How it works

How does it work?

I've never done this before.

What happens to my pet during the process?

Where do I begin?

If these questions sound familiar, please read through our step by step processes for a better understanding and an insight to the business of International Pet Transport. This is what we do, our business is your pets complete comfort and wellbeing. Pet Carriers offer first class service for your beloved furry family members. We understand that a little special attention and personalised service goes a long way in what can potentially be a stressful time for yourself and your pet.



**Globally visualize standards compliant resources**

Uniquely initiate clicks-and-mortar processes after resource sucking data.Quickly re-engineer diverse.

**Collaboratively enable multidisciplinary value**

Uniquely initiate clicks-and-mortar processes after resource sucking data.Quickly re-engineer diverse ROI.

http://deltapettransit.com/about.html   9/18/2017   10:14 a.m.   (Part 1 of About Page)

EXHIBIT A – PAGE 4

# How it works !



### The Collection

Collection day is generally the day before flight departure. Your pet will be collected from your residence by one of our friendly drivers in the Pet Carriers van. Our drivers are experienced in handling many different pets with all different personalities. Please don't worry if you have a nervous pet, we will be able to calm him or her move the pet from house to van as safely as possible. Our driver will collect any relevant original vaccination cards or records relevant to the country of import. They will also collect any bedding/toys or special food should your pet have any dietary requirements.



### Final veterinary health check

Your pet will have a scheduled veterinary health check on the day of collection. This health check is to ensure your pet is free of any diseases and fit and healthy to travel by air the following day. The veterinary consult usually takes no more than 15 minutes. After the veterinary health check, your pet is delivered back to our facilities for overnight boarding.



### Overnight boarding:

We have proper boarding facilities at all major ports in Australia. We offer large runs for all dogs and a special enclosed cat room away from the potential noise of barking dogs.



### Walks and play time:

Whilst boarding with us, dogs are taken for a minimum of 2 walks per day. If time and weather permits, we like to take them more than twice. It is not uncommon for your dog to be taken to a special dog park or reserve to exert all of their energy pre flight. Cats have a chance to stretch their legs outside of their sleeping enclosure inside the cat room. We have lots of scratching posts and climbing bars.



### Pre-flight preparations:

After your pet has had a health check at the vet and settled in at our facilities, we will arrange collection of the export paperwork from Australian quarantine and airline documents relevant to the export. Your pets travelling crate will be prepared and made comfortable for the journey.



### Inside your pets travelling crate:

Inside your pets travelling crate we will provide newspaper and stay dry matting. If you have given our driver a special blanket or bedding for your pet, we will ensure this is included for ultimate comfort. All travelling crates are fitted with a water container. This can be topped up from the outside at any transit port and at the destination without having to open the door.



### At the airport:

It's another teary goodbye as we will the water container and ensure your pet is comfortable and relaxed inside his/her travelling crate. From here the door is sealed shut with cable ties until your pet reaches their destination. The cargo handling agents will collect your pet in his/her travelling crate from the Pet Carriers van and load the travelling crate onto a forklift.



### Behind the scenes:

From here on, your pet is released from pet carriers and will be in the trusted hands of the specialist ground crew. Your pet will be taken 'behind the scenes' for x-rays, document processing and loading on to the aircraft. If we experience any hot weather, pets are taken inside the air conditioned cargo offices until the absolute last minute.



### On board the plane:

When your pet is loaded onto the aircraft, the travelling crate is secured in an area designated for live animals, away from the other baggage and cargo. The travelling crate is strapped down individually with netting so that no movement occurs during flight take-off and landing. The bulk hold is pressurised and temperature controlled. It is also dimly lit.

http://deltapettransit.com/about.html   9/18/2017   10:14 a.m.   (Part 2 of About Page)

**EXHIBIT A – PAGE 5**



**Comfort stops and transits:**

On some journeys, pets may be required to transit through a different country. They may swap planes or remain on the same aircraft while it refuels. If your pet's transit is for an extended period, we can arrange for our representatives to provide a comfort stop. Your pets are offered the chance to come out of their travelling crates for a walk. Their crate is cleaned up and their water is refilled.

**Arrival at the destination airport:**

Similar to the same processes at the departure airport, your pet will be offloaded the plane and will carry out these procedures in reverse. Pet carriers will supply you will details for collecting your pet at the destination airport. We often provide home delivery where our agents can arrange this collection on your behalf and deliver to your residence.

**Contact Us**

**(554) 616 9926**

info@deltapettransit.com

384 Maple Circle
Simi Valley Nevada, 24757

**Useful Links**

> About us
> Track Pet
> Contact
> Move pet by air
> Staffs

> Schedules
> Projects
> Partners
> Cargo

**Stay in Touch**

Enter your email address to receive news & offers from us

Your email address    Send ›

Privacy & Cookies   •   Terms & Conditions   •   Accessibility

Copyright © 2015 Delta Pets Transit. All Rights Reserved.

http://deltapettransit.com/about.html  9/18/2017  10:14 a.m.   (Part 3 of About Page)



http://deltapettransit.com/moves-pet-domsetic.html   9/18/2017  10:17 a.m.
(Domestic Moves Page)



http://deltapettransit.com/moves-pet-international.html   9/18/2017   10:20 a.m.
(Part 1 of International Moves Page)



http://deltapettransit.com/moves-pet-international.html   9/18/2017   10:20 a.m.
(Part 2 of International Moves Page)



http://deltapettransit.com/track-pet.html  9/18/2017  10:22 a.m.
(Track Pet Shipment Page)





http://deltapettransit.com/by-road.html   9/18/2017   10:25 a.m.
(Part 2 of Transportation By Road Page)



http://deltapettransit.com/air.html   9/18/2017  10:28 a.m.
(Part 1 of Transportation By Air Page)





http://deltapettransit.com/air.html   9/18/2017   10:28 a.m.
(Part 2 of Transportation By Air Page)

EXHIBIT A – PAGE 14



http://deltapettransit.com/contact.html  9/18/2017  10:30 a.m.  (Contact Page)

## EXHIBIT A – PAGE 15